# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CENTRAL GEORGIA** : | |
| **HEALTH SYSTEMS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 5:09-cv-66(HL) |
| : | |
| **SANDRA YOUNG,** : | |
| : | |
| Defendant. : | |

_____

## FINAL JUDGMENT

A hearing was held on November 9, 2009, to determine the damages due Plaintiff Central Georgia Health Systems following the Clerk of Court's entry of default against Defendant Sandra Young on October 16, 2009. The Court enters judgment in favor of Plaintiff in the amount of $34,060.75. Defendant is ordered to pay this amount directly to counsel for Plaintiff no later than November 13, 2009.

This the 10th day of November, 2009.

                                        *s/  Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh